UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABDULLAH RENALDO-BEY,

    **Plaintiff,**

vs.                                    Case No. 8:12-cv-01565-JDW-TBM

OFFICER HOLDER, et al.,

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 6) which recommends that Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied. Plaintiff has not objected to the Report and Recommendation, and the time to file objections has passed. After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, it is ORDERED that

(1)    Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 2) is denied.

(2)    Plaintiff's amended complaint is dismissed without prejudice for failure to state a claim upon which relief can be granted.

(3)    Plaintiff may refile his complaint in a separate case, provided that he complies with 28 U.S.C. § 1915 or pays the appropriate filing fee.

(4)    In all other respects, the Report and Recommendation (Dkt. 6) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

(5)    The Clerk is directed to CLOSE the file.

**DONE AND ORDERED** this 25th day of September, 2012.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to: Unrepresented parties